IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02193-MSK-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1964 CHEVROLET IMPALA CONVERTIBLE, VIN 41467S280446,
2004 NISSAN MAXIMA, VIN 1N4BA41E24C862587,
$38,537.71 IN UNITED STATES CURRENCY,
MISCELLANEOUS JEWELRY, and
MISCELLANEOUS ELECTRONIC EQUIPMENT,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 6th day of November, 2006.

                                     **BY THE COURT:**

                                     */s/ Marcia S. Krieger*

                                     Marcia S. Krieger
                                     United States District Judge