-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02193-MSK-MJW

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

1964 CHEVROLET IMPALA CONVERTIBLE, et al.,

        Defendant(s).
_____

ORDER
(DN 7)
_____

        This matter having come before the Court on the United States' Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference, and the Court being fully advised, the Court hereby ORDERS:

        1.  THAT the Scheduling/Planning Conference date of January 24, 2007, at 9:30 a.m., and all attendant deadlines set by this Court's Order of November 8, 2006 (ECF Document 4) are VACATED; and

        2.  THAT the United States shall file a Status Report on or before February 16, 2007.

        DONE at Denver, Colorado, this 14th day of November, 2006.

                            BY THE COURT:

                            s/Michael J. Watanabe
                            MICHAEL J. WATANABE
                            UNITED STATES MAGISTRATE JUDGE